JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRAGKUMAR DESAI, ) | Case No.: SACV 14-593 DSF (JPRx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| UNITED STATES CITIZENSHIP ) AND IMMIGRATION SERVICES, ) | |
| Defendant. ) | |

The Court having granted the defendant's motion for summary judgment and denied the plaintiff's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/24/15

Dale S. Fischer
United States District Judge